*Grant*, for appellee.

## 46184. AETNA CASUALTY & SURETY COMPANY v. ARMOUR et al.
(377 SE2d 502)

WELTNER, Justice.

This case is controlled by *Atlanta Cas. Co. v. Jones*, 247 Ga. 238 (275 SE2d 328) (1981). See also *Cotton States Mut. Ins. Co. v. McFather*, 251 Ga. 739, 741 (309 SE2d 799) (1983).

*Judgment affirmed. All the Justices concur.*

DECIDED FEBRUARY 2, 1989.

*Spearman & Gaughen, William Lewis Spearman, Thomas G. Whatley, Jr.*, for appellant.

*McReynolds & Boyd, Larry S. McReynolds, Michael Welch, H. Garold Jordan*, for appellees.

*James E. Butler, Jr., Thomas W. Bennett, William Q. Bird, Foy R. Devine, John C. Bell, Jr., William S. Stone, Don C. Keenan*, amicus curiae.